UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: KUROWSKI, CAROL LOUISE | § | Case No. 10-50830 |
| | § | |
| KEEGAN, CAROL LOUISE | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 3/8/2012 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/11/2011        By:  JOSEPH R. VOILAND
                                         Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: KUROWSKI, CAROL LOUISE § | Case No. 10-50830 |
| § | |
| KEEGAN, CAROL LOUISE § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,000.06 |
| *and approved disbursements of* | $ 100.00 |
| *leaving a balance on hand of* [1] | $ 1,900.06 |
| **Balance on hand:** | $ 1,900.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,900.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 500.02 | 0.00 | 500.02 |
| Trustee, Expenses - JOSEPH R. VOILAND | 80.40 | 0.00 | 80.40 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 830.42 |
| Remaining balance: | $ 1,069.64 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses: $     0.00
    Remaining balance: $     1,069.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims: $     0.00
    Remaining balance: $     1,069.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,867.85 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 991.09 | 0.00 | 107.43 |
| 2 | Chase Bank USA, NA | 3,307.38 | 0.00 | 358.51 |
| 3 | GE Money Bank | 857.47 | 0.00 | 92.95 |
| 4 | FIA Card Services, NA / Bank of America | 4,711.91 | 0.00 | 510.75 |

    Total to be paid for timely general unsecured claims: $     1,069.64
    Remaining balance: $     0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: <br> COLEMAN, JASON D. <br> <br> Debtor(s) | CHAPTER 7 CASE <br> <br> CASE NO. 10-16117 <br> <br> HONORABLE MANUEL BARBOSA |

### ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____          _____
DATE                              UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-50830-MB
Carol Louise Kurowski                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: pgordon                Page 1 of 2              Date Rcvd: Feb 01, 2012
                               Form ID: pdf006              Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2012.
db         +Carol Louise Kurowski,   12964 Redstone Drive,   Huntley, IL 60142-6399
16419736   +Centegra Health Ssytem,   Centegra Hospital - Woodstock,   P.O. Box 1990,
             Woodstock, IL 60098-1990
16419737   +Centegra Primary Care LLC,   13707 W. Jackson Street,   Woodstock, IL 60098-3188
16419738   +Center for Sports Orthopedic,   1585 N Barrington Rd,   Hoffman Estates, IL 60169-5019
16419739   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17255442    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16419740   +Chase Manhattan Mortgage,   Attention: Research Dept. G7-PP,   3415 Vision Drive,
             Columbus, OH 43219-6009
16419743   +Harris & Harris, LTD,   222 Merchandise Mart Plaza,   Suite 1900,   Chicago, IL 60654-1421
16419744   +Jjill/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
16419745   +John Dye,   12964 Redstone Drive,   Huntley, IL 60142-6399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16419734    E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 02 2012 04:31:09     American Honda Finance,
             Attn: Bankruptcy,   3625 West Royal Lane Suite 200,   Irving, TX 75063
17170403    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 02 2012 05:38:51     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16419741   +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 02 2012 05:38:51     Discover Fin,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
17549214    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2012 05:38:31
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
17508520    E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2012 05:40:28     GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16419742    E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2012 05:40:28     GE Money Bank (QCard),
             c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16419735   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2012**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: pgordon              Page 2 of 2                  Date Rcvd: Feb 01, 2012
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2012 at the address(es) listed below:

```
              Erick  J Bohlman    on behalf of Debtor Carol Kurowski abohlman@sbcglobal.net,   jd@bohlmanlaw.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Plaintiff Joseph Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W McEvoy    on behalf of Defendant John Dye tommcevoy@msn.com
                                                                                             TOTAL: 5
```